RECEIVED
IN MONROE, LA
MAY 13 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CLIFFORD PETTY** | **CIVIL ACTION NO. 05-1094** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ADMINISTRATOR** | **MAG. JUDGE JAMES D. KIRK** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that the motion for attorney fees is GRANTED, and plaintiff is awarded the sum of $18,305.00 as attorney's fees and $884.49 for costs for a total award of $19,189.49.

MONROE, LOUISIANA, this __13__ day of __May__, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE